# United States District Court
# Western District of North Carolina
# Statesville Division

| Robert Dugger, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff(s), | ) | 5:15-cv-00020-MOC |
| vs. | ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 26, 2015 Memorandum of Decision and Order.

October 26, 2015

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court